## Tommie C. Cole, Plaintiff-Appellant, v. Fannie Cole, Defendant-Appellee.

Gen. No. 61–O–5

Fourth District.

June 26, 1961.

Meyer and Meyer, of Chicago, for appellant. (No briefs filed for appellee.) Opinion by JUDGE SCHEINEMAN. **Not to be published in full.**